UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **00-6143** CR-DIMITROULEAS

18 U.S.C. § 1029(b)(2)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

v.

TYRONICA EVETT HILL,

    Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

From on or about July 9, 1999, the exact date being unknown, and continuing to at least on or about August 6, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**TYRONICA EVETT HILL,**

did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown, to commit access device fraud, that is, to knowingly, willfully and with intent to defraud, use one or more unauthorized access devices during a one-year period, and by such conduct, to receive payment and things of value during a one-year period aggregating more than $1000.00 during that period, said use affecting interstate commerce, in violation of Title 18, United States Code, Sections 1029(a)(2).



## PURPOSE AND OBJECT

2.  It was the purpose and object of the conspiracy for the defendant and her coconspirators to unlawfully enrich themselves by making unauthorized transactions with credit card numbers which they had obtained by unlawful means.

## MANNER AND MEANS

The manner and means by which the defendant and her co-conspirators sought to accomplish the object of the conspiracy included the following:

3.  A coconspirator established, or caused to be established a corporation known as WORLD CLASS COMPUTERS, INC.

4.  A coconspirator established, or caused to be established, a merchant account for WORLD CLASS COMPUTERS, INC., with First Union National Bank, account number 2090003031259.

5.  A coconspirator established, or caused to be established, a merchant account for WORLD CLASS COMPUTERS, INC., with NationsBank, account number 003060835238.

6.  A coconspirator would obtain Visa, Mastercard, and American Express credit card account numbers of unwitting account holders.

7.  Coconspirators would use the unlawfully obtained credit card numbers to make unauthorized transactions. Once the amount of the transactions were credited to the merchant account, the coconspirators would withdraw, or cause to be withdrawn, the funds from the merchant account.

8.  Defendant HILL would check the balances on the merchant accounts to determine how much money was available to be withdrawn and would calculate the distribution of the proceeds

among the coconspirators.

## OVERT ACTS

In furtherance of the conspiracy and to effect its purpose, at least one of the coconspirators committed and caused to be committed at least one of the following overt acts, among others, in the Southern District of Florida, and elsewhere:

9. On or about July 16, 1999, defendant Tyronica HILL calculated the allocation of the proceeds of the unauthorized Visa, Mastercard, and American Express credit card transactions which had been credited to WORLD CLASS COMPUTERS, INC.'s First Union National Bank and NationsBank accounts, for distribution among the coconspirators.

10. On or about July 27, 1999, defendant Tyronica HILL contacted NationsBank to determine the balance on WORLD CLASS COMPUTERS, INC.'s account number 003060835238.

11. On or about August 3, 1999, defendant Tyronica HILL contacted First Union National Bank to determine the balance on WORLD CLASS COMPUTERS, INC.'s account number 2090003031259.

All in violation of Title 18, United States Code, Section 1029(b)(2).

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO. _____

v.

**TYRONICA EVETT HILL**

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:
New Defendant(s)       Yes ____   No ____
Number of New Defendants   ____
Total number of counts   ____

**Court Division**: (Select One)

___ Miami   ___ Key West
_X_ FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) _NO_____
   List language and/or dialect ____English_____

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days      _X_        Petty      ___
   II   6 to 10 days     ___        Minor      ___
   III  11 to 20 days    ___        Misdem.    ___
   IV   21 to 60 days    ___        Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of_____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _____No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No  If yes, was it pending in the Central Region? __ Yes __ No

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 88171

*Penalty Sheet(s) attached

REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: TYRONICA EVETT HILL          No.:_____

Count # 1:

Conspiracy to commit credit card fraud; in violation of 18 U.S.C. § 1029(b)(2)

*Max Penalty: 5 years' imprisonment; $250, 000 fine

Count # :

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96