```
UNITED STATES DISTRICT COURT
Southern District of Florida
```

U.S. Marshal #: **55,48-004**

UNITED STATES OF AMERICA  )
             Plaintiff  )  Case Number: CR **00-6143-CR-Dimi.**
                      )  REPORT COMMENCING CRIMINAL
   -vs-               )            ACTION

**TYRONICA E. HILL**
            Defendant

********************************************************

TO: Clerk's Office     MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court           (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

FILED by ___ D.C. MAY 30 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A". **SELF SURR**

(1) Date and Time of Arrest: **5-30-00** am/pm

(2) Language Spoken: **ENGLISH**

(3) Offense(s) Charged: **CREDIT CARD FRAUD**

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: **9-8-68**

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: _____

(10) Agency: _____  (11) Phone: _____

(12) Comments: _____

