COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: TYRONICA EVETTE HILL (surr)   CASE NO: 00-6143-CR-DIMITROULEAS
AUSA: BERTHA MITRANI /Thompson/ ATTY: RICHARD HERSCH  pres
AGENT: _____   VIOL: _____
PROCEEDING I/A ON INFORMATION   RECOMMENDED BOND PSB
BOND HEARING HELD - yes/(no)       COUNSEL APPOINTED _____
    BOND SET @ 50,000 PSB

FILED by /N/ D.C.
MAY 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    SPECIAL CONDITIONS: _____
1) To be cosigned by: _____
2) Rpt to PTS  as directed  x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to: _____

Advised of charges
Waiver of indictment executed in court

INFO
Reading of indictment waived
Not Guilty, plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: _____
                         PTD/BOND HRG: _____
                         PRELIM/ARRAIGN: _____
                         REMOVAL HRG: _____
                         STATUS CONF:   N/H
Date: 5-30-00   Time 11:00   FTL/LSS TAPE #00- 027   Begin: 1177   End: 1352

2/29