AO 455(REV. 5/85) Waiver of Indictment

# *United States District Court*

FILED by

MAY 30 2000

CLARENCE MADDOX
S.D. OF FLA. DIST. CT.
FT. LAUD.

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

v.

TYRONICA EVETT HILL

## WAIVER OF INDICTMENT

CASE NUMBER: **00-6143**

**CR - DIMITROULEAS**

**MAGISTRATE JUDGE**
**SNOW**

I, Tyronica Evett Hill, the above named defendant, who is accused of conspiracy to commit credit card fraud in violation of Title 18, United States Code, Section 1029(b)(2), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on ___5-30-00___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*[signature]*
TYRONICA EVETT HILL
Defendant

*[signature]*
RICHARD HERSCH
Counsel for Defendant

Before *[signature]*
LURANA S. SNOW
United States Magistrate Judge