UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

TYRONICA EVETTE HILL

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MAY 30, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: ON BOND FORM

                     Telephone:

DEFENSE COUNSEL:     Name: RICHARD HERSCH, ESQ.

                     Address:

                     Telephone:

BOND (SET)/CONTINUED: $ 50,000 PSB

Bond hearing held: yes____ no _X_ Bond hearing set for_____

Dated this 30TH day of MAY, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: Jenny Butler
Deputy Clerk

Tape No. 00-027

cc: Copy for Judge
    U. S. Attorney

