UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6043-CR-DIMITROULEAS

Plaintiff,

vs.

TYRONICA HILL,

Defendant.



## ORDER

THIS CAUSE having been heard upon the June 6, 2000 Joint Motion For Consolidation of Cases [DE-9] be GRANTED. This case is consolidated with #00-6016-CR-ZLOCH.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Richard Hersch, Esquire
1110 Brickell Avenue, PH-One
Miami, FL 33131

Bertha Mitrani, AUSA

JUDGE ZLOCH