UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6143-CR-ZLOCH

UNITED STATES OF AMERICA

v.

TYRONICA HILL

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE
299 E. BROWARD BLVD.
FT. LAUDERDALE, Fl, 33301

COURTROOM A
DATE & TIME:
June 19, 2000 at 9:30 AM

CHANGE OF PLEA  -  COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

*(signature)*

BY DEPUTY CLERK

DATE: June 9. 2000

cc:
Bertha Mitrani, Esq., AUSA
Richard Hersch, Esq.