UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6143-CR-ZLOCH DATE 6-19-00

CLERK Carline Newley REPORTER Carl Schanzleh

PROBATION INTERPRETER

UNITED STATES OF AMERICA v. Tyronica Hill

U. S. ATTORNEY Bertha Mitrani DEFT COUNSEL Richard Hersch

DEFENDANT: PRESENT NOT PRESENT ON BOND IN CUSTODY

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of guilty to the one count Information

JUDGMENT Court accepted plea & adjudged deft guilty to the one count Information

CASE CONTINUED TO 8-25-00 TIME 11:00 FOR Sentencing

MISC Written Plea Agreement

