UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 00-6143-CR-ZLOCH

TYRONICA EVETT HILL

NOTICE OF SENTENCING DATE

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By direction of the Honorable __WILLIAM J. ZLOCH__, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on __August 25__, 20_00_ at _11:00_ A.M. for imposition of sentence. On that date report to the U.S. Courthouse, Courtroom __A__, 299 East Broward Blvd., Ft. Lauderdale, FL 33301, where service will be imposed. No modification by motion.

If the above named defendant is not in federal custody with this Court, let this notice advise the defendant that failure to appear as directed is a violation of Title 18 U.S.C. Section 3146, the Comprehensive Crime Control Act of 18 U.S.C. Sec. 3146 which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $250,000 or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL AND THE DEFENDANT (IF ON BOND) ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION AT 299 East Broward Blvd., #400, Federal Building and Courthouse, Fort Lauderdale, Florida 33301.

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

ADMINISTRATIVE ORDER 95-02 ATTACHED.

Clerk, United States District Court

BY _Carlin L. Neesky_
Courtroom Deputy Clerk

DATE  6-19-00

COUNSEL _____

RECEIVED: _____ (Defendant)

INFORMATION

| | | |
|---|---|---|
| GUILTY PLEA ☒ | BOND ☒ | TO COUNT(S) 1 |
| TRIAL ☐ | FEDERAL CUSTODY ☐ | TO TOTAL COUNTS 1 |
| NOLO PLEA ☐ | STATE CUSTODY ☐ | ASST. U.S. ATTY MiTRani |
| | U.S.M. CUSTODY ☐ | |

14