UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:   00-6019-CR-ZLOCH
00-6143-CR-ZLOCH



FILED by _____ D.C.
AUG 8 2000

UNITED STATES OF AMERICA

v.

TYRONICA EVETT HILL

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

**PLACE**
299 E. BROWARD BLVD.
FT. LAUDERDALE, Fl, 33301

**COURTROOM A**
**DATE & TIME:**
September 12, 2000, at 10:15 AM

**SENTENCING - RESET BY COURT**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: August 8, 2000

cc:
Bertha Mitrani, Esq., AUSA
Richard Hersch, Esq.
Probation