UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
SEP 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER 00-6019-CR-Zloch / 00-6143-CR-Zloch  DATE 9-12-00
CLERK Carlene Newby  REPORTER Carl Schanzleh
PROBATION Kathryn Cranmez  INTERPRETER

UNITED STATES OF AMERICA v. Tyronica Evett Hill

U. S. ATTORNEY Bertha M. Trani  DEFT COUNSEL Richard Hersch

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Deft's objections to enhancement
& acceptance denied - ct 1 - 00-6019-CR &
ct 1 - 00-6143-CR -- 41 months each custody
of BOP to run concurrently w/ Eh
JUDGMENT each other. Restitution - $
00-6019-CR - $     00-6143-CR -
2 yrs supervised release as to
each case to be served concurrently

CASE CONTINUED TO _____ TIME _____ FOR _____
Spec conds - Participate in drug/alcohol abuse
MISC program - Provide full financial disclosure
Not incur further debt w/o prior written
permission of probo - Full time employment
obtain approval before self-employment - $200
assessment - Execution of sentence deferred until
Noon - Nov 30, 2000  Ct Recommends facility to
treat substance abuse problem & further recommends
a facility in Florida. Remaining cts dismissed.